GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 850
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Linda S. Green, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

LAWRENCE F. ANDERSON,

Debtor.

Case No. 12-13153

Chapter 7

**APPLICATION OF TRUSTEE FOR APPOINTMENT OF ATTORNEYS**

The application of Linda S. Green, Trustee, respectfully represents as follows:

1. Your applicant is the duly appointed, qualified and acting trustee of the Chapter 7 estate of the above-named debtor.

2. Your applicant wishes to employ the firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, as her attorneys.  Those attorneys have had considerable experience in matters of this character and are well qualified to represent your applicant in this proceeding.

3. Your applicant needs an attorney in this case in that she will need assistance in investigating the assets of the estate.

4. Because of the legal services so required, your applicant desires to employ the firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, as counsel to represent her in the above-referenced matter and in any other matters which may arise in this bankruptcy case for which legal representation is needed.

-1-

138112.DOC

5. Your applicant has made diligent inquiry into the connection of said attorneys, and to the best of her knowledge, none of said attorneys hold or represent any interest adverse to the trustee or to the estate in the matters upon which said attorneys are to be engaged for your applicant, and said attorneys have no connection with the debtor, the known creditors of the debtor, or any other party in interest, their respective attorneys and accountants, the Office of the United States Trustee, or any person employed in the Office of the United States Trustee. Also, to the best of applicant's knowledge, Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, is a disinterested person as defined in §§101(14) and 327(a) of the Bankruptcy Code.

6. To satisfy the provisions of the United States Trustee's Guidelines, ¶ 2.1.2, the trustee hereby states that there is not any separate employment agreement regarding this application and the application contains the terms of the professionals' agreement regarding the employment described herein.

WHEREFORE, your applicant requests that she be authorized to employ and appoint the firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, as her counsel in this case.

DATED: January 29, 2013

      /s/ Linda S. Green
LINDA S. GREEN, Trustee