

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DANIEL M. LINCHEY, ESQ. CA Bar #111739
44 Montgomery Street, Suite 850
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Linda S. Green, Trustee

Signed: February 12, 2013

_____
**ALAN JAROSLOVSKY U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

In re

LAWRENCE F. ANDERSON,

Debtor.

Case No. 12-13153

Chapter 7

**ORDER APPROVING APPOINTMENT
OF ATTORNEYS FOR CHAPTER 7 TRUSTEE**

Upon consideration of the application of Linda S. Green, Trustee, of the Chapter 7 estate of the above-named debtor, requesting authority to employ and appoint the firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, as her attorneys in this case, and no adverse interest having been represented, and it appearing that the members of said firm are duly admitted to practice in this Court, and the Court being satisfied that none of them holds or represents any interest adverse to the trustee of the estate of the above-named debtor in the matters upon which they are to be engaged, and the employment of said attorneys is necessary, and would be in the best interest of said estate;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Linda S. Green, Trustee, be, and is, authorized to employ and appoint the firm of Goldberg, Stinnett, Davis & Linchey, A Professional Corporation, as her counsel in this case, with compensation subject to Bankruptcy Court review and approval.

**END OF ORDER**