1  MARY HEARE AMODIO, SBN 220907
   LAW OFFICE OF MARY HEARE AMODIO
2  P.O. BOX 1606
   LAKEPORT CA 95453
3  Tel|Fax (707) 263-5759

4  Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re                                    ) CASE NO.: 12-13153
                                         )
   LAWRENCE F. ANDERSON                  ) CHAPTER 7
                                         )
   Debtor,                               )

Upon review of the MOTION TO AVOID LIEN dated January 2, 2013 and the AMENDED MOTION TO AVOID LIEN dated March 4, 2013, the pleadings and papers contained in the court's file, and realizing that no opposition or request for hearing was timely filed, the court hereby GRANTS the motion. Granting of the motion avoids the judicial lien recorded on behalf of Brian Carter doing business as Discovery Judgment Recovery as an Abstract of Judgment for entered on December 16, 1998 and renewed December 4, 2008, recorded on December 14, 2009 as document 2009020439 in the Office of the Lake County California Recorder, against the debtor.

Accordingly, the judicial lien recorded with the County Recorder, County of Lake by Brian Carter doing business as Discovery Judgment Recovery shall be avoided as to the following property, as noted:

**10638 Fairway Drive, Kelseyville, CA 95451 APN 43-401-23 Lot 4 in block 6 as shown on that certain map entitled "Clear Lake Riviera Unit No. 1" filed in the office of the County Recorder of said Lake Co. June 15, 1064 in book 8 of Town Maps, p 1-5 inclusive, avoided**

**in full**.

Dated: March 5, 2013

Alan Jaroslovsky
U.S. Bankruptcy Judge

** End of Order **